IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL TUCHS,

        Plaintiff,

   v.

"COURT OF PROPERTIES" (sic),

        Defendant.

Civil No. 05-6082-TC

ORDER

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 31, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of April, 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE